**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERMAINE GREENE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary,<br>California Department of Corrections<br>and Rehabilitation, et al.,<br><br>　　　　Respondents. | NO. SA CV 09-0877 JVS (FMO)<br><br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 31, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE